

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 31, 2022

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>United States v. Dalip Kumar, a/k/a "Dalip Vermani,"</u>
   21 Cr. 755 (JPO)

Dear Judge Oetken:

   A status conference is scheduled in the above-captioned matter for June 1, 2022.  The Government writes respectfully to request an adjournment of the conference for approximately 30 days. With apologies to the Court and the defense, the Government has been delayed in the production of discovery materials. The adjournment is requested to permit the Government additional time to complete the production of discovery materials, which is anticipated to be completed within no more than two weeks, for the defense to review discovery, and for the Government and the defense to continue discussions regarding possible pretrial disposition.

   In the event that the Court grants the requested adjournment, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, from June 1, 2022 until such date as the conference is rescheduled for the reasons stated above.  The Government submits that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

I have communicated with defense counsel, Mr. Varghese, who consents to the adjournment and exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Brett M. Kalikow
Assistant United States Attorney
(212) 637-2220

cc:     Vinoo P. Varghese, Esq. (via ECF)

Granted.  The June 1, 2022 pretrial conference is adjourned
to July 6, 2022, at 11:00 am.  The Court hereby excludes
time through July 6, 2022, under the Speedy Trial Act, 18
USC 3161(h)(7)(A), finding that the ends of justice
outweigh the interests of the public and the defendant in a
speedy trial.
  So ordered:
  June 1, 2022

_____
J. PAUL OETKEN
United States District Judge