# Varghese & Associates, P.C.
2 Wall Street
New York, NY 10005
(212) 430-6469
www.vargheselaw.com

August 12, 2022

VIA ECF
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Dalip Kumar, a/k/a "Dalip Vermani"*
Southern District of New York Docket No. 21 cr. 755 (JPO)

Dear Judge Oetken:

With no objection from Pretrial Services or the government, we submit this letter to request a temporary modification of Mr. Kumar's bail conditions later this month on August 20-22 to allow travel to the Northern District of New York. Both Pretrial and the government are aware of the address where he will be staying.

Mr. Kumar thanks the Court for consideration of his request.

Respectfully submitted,

/s/
Vinoo P. Varghese
*Counsel for Mr. Dalip Kumar*

cc: Mr. Dalip Kumar
Assistant United States Attorney Joshua Naftalis via ECF
Pretrial Services Officer Francesca Tessier-Miller via email

Granted.
So ordered.
8/17/2022

J. PAUL OETKEN
United States District Judge