UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA
:
                                        :    PRELIMINARY ORDER OF
      - v. -                               FORFEITURE/
                                        :    MONEY JUDGMENT
DALIP KUMAR,
    a/k/a "Dalip Vermani,"         :    21 Cr. 755 (JPO)

            Defendant.               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about December 14, 2021, DALIP KUMAR, a/k/a "Dalip Vermani" (the "Defendant"), was charged in a two-count Information, 21 Cr. 755 (JPO) (the "Information"), with money laundering, in violation of Title 18, United States Code, Sections 1956(a)(3)(B) and 2 (Counts One and Two);

        WHEREAS, the Information included a forfeiture allegation as to Counts One and Two of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), of any and all property, real or personal, involved in the offenses alleged in Counts One and Two of the Information, and any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in the offenses charged in Counts One and Two of the Information, and additional specific assets;

        WHEREAS, on or about May 1, 2023, the Defendant was found guilty, following a jury trial, of Counts One and Two of the Information;

        WHEREAS, the Government asserts that $100,000 in United States currency represents property, real or personal, involved in the offenses charged in Counts One and Two of the Information, or property traceable to such property;

WHEREAS, the Government seeks a money judgment in the amount of $100,000 in United States currency, pursuant to Title 18, United States Code, Section 982(a)(1a), representing all property, real or personal, involved in the offenses alleged in Counts One and Two of the Information, or any property traceable to such property; and

WHEREAS, the Court finds that as a result of acts and/or omissions of the Defendant, the property involved in the offenses charged in Counts One and Two of the Information cannot be located upon the exercise of due diligence.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses charged in Counts One and Two of the Information, to which the Defendant was found guilty following a jury trial, a money judgment in the amount of $100,000 in United States currency (the "Money Judgment"), representing the amount property involved in the offenses charged in Counts One and Two of the Information, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant DALIP KUMAR, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Dated: New York, New York
October 13, 2023

SO ORDERED:

HONORABLE J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE