UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

DALIP KUMAR,

Defendant.

21-CR-755 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Defendant Dalip Kumar's surrender date is adjourned to April 5, 2024 to permit further consideration by this Court and the Court of Appeals for the Second Circuit of Defendant's motion for release pending appeal.

SO ORDERED.

Dated: March 14, 2024
New York, New York

_____
J. PAUL OETKEN
United States District Judge