UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

DALIP KUMAR,

Defendant.

---

21-CR-755 (JPO)

ORDER

Defendant Dalip Kumar is hereby ordered to surrender to the facility designated by the Bureau of Prisons on Monday, May 13, 2024, by 2:00 PM. If no facility has been designated, Defendant shall surrender to the United States Marshal for this District.

SO ORDERED.

Dated: May 9, 2024
New York, New York

_____
J. PAUL OETKEN
United States District Judge